No. 63547.—Morganite, Inc. *v.* United States, protests 58/22108, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the items marked "A" consist of carbon powder similar in all material respects to

that the subject of *Morganite, Inc.* v. *United States* (42 C.C.P.A. 207, C.A.D. 595) and that the items marked "B" consist of Morganite strips for trolley inserts similar in all material respects to those the subject of *Morganite, Inc.* v. *United States* (29 Cust. Ct. 76, C.D. 1448), the claim of the plaintiff was sustained.